**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CLIFFORD S. SHEPHERD,

      Plaintiff,

vs.                                      Case No. 2:12-cv-00351-WPL-CG

PRECISION DRILLING
OILFIELD SERVICES, INC.,

      Defendant.

## ORDER AMENDING CAPTION

This matter comes before the Court on the Unopposed Motion to Amend Caption, (Doc. 13), filed herein by Defendant. Being fully advised in the premises, the Court FINDS the Motion well taken.

IT IS THEREFORE ORDERED that the caption in this proceeding is hereby amended to change the named Defendant from Precision Drilling Oilfield Services, Inc. to Precision Drilling Company, L.P.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
    R. Shawn Oller
    Charlotte Lamont

    Attorneys for Defendant

Agreed to:

MAX HOUSTON PROCTOR ATTORNEY AT LAW

By: *Approval Given 6/20/12*
    Max Houston Proctor

BLENDEN LAW FIRM

By *Approval Given 6/20/12*
    Dick A. Blenden

    Attorneys for Plaintiff